**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TAMMY TAPIA-MATOS, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff(s),<br>v.<br>CAESARSTONE SDOT-YAM, LTD., YOSEF SHIRAN, and YAIR AVERBUCH,<br>Defendants. | No.: 15-CV-6726-JMF |

**NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement, dated April 14, 2017, the accompanying Declaration of Michele S. Carino, dated April 14, 2017, and the exhibits attached thereto, and all prior papers and proceedings herein, Plaintiffs Anthony Lanza, Ruth Lanza, Johnson Yang, Micro World Corp., and Mark Pawlitschek, through their undersigned attorneys, will move this Court, before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and a time designated by the Court, for an Order: (i) granting Preliminary Approval of the Proposed Settlement; (ii) granting conditional certification of the Settlement Class, certifying Lead Plaintiffs as class representatives, and appointing Lead Counsel as class counsel for purposes of the Settlement; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to the Settlement Class Members; and (iv) setting a date for a Settlement Hearing and

deadlines for the mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiffs' motion for final approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

Dated: April 14, 2017

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Michele S. Carino
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

**THE ROSEN LAW FIRM P.A.**
Phillip Kim
Laurence Rosen
275 Madison Avenue, 34th floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

and

**THE ROSEN LAW FIRM P.A.**
Jacob A. Goldberg
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
jgoldberg@rosenlegal.com
ghaklay@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*