**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TAMMY TAPIA-MATOS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CAESARSTONE SDOT-YAM, LTD., YOSEF SHIRAN, and YAIR AVERBUCH,<br><br>Defendants. | No.: 15-CV-6726-JMF<br><br>Motion Date: August 14, 2017 |

**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Unopposed Motion for Final Approval of Class Action Settlement, dated July 11, 2017, the accompanying Joint Declaration of Jacob A. Goldberg and Michele S. Carino, dated July 11, 2017, and the exhibits annexed thereto, and all prior papers and proceedings herein, Plaintiffs Anthony Lanza, Ruth Lanza, Johnson Yang, Micro World Corp., and Mark Pawlitschek, through their undersigned attorneys, will move this Court, before the Honorable J. Jesse M. Furman, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on August 14, 2017 at 3:30 p.m. in Courtroom 1105, for an Order: (1) approving the terms and conditions of the Stipulation and Agreement of Settlement, dated April 13, 2017 (the "Stipulation") as fair, reasonable and adequate for the settlement of all claims asserted by the Settlement Class against Defendants; (2) approving the proposed Plan of

Allocation as a fair and reasonable method to allocate the Net Settlement Fund among Settlement Class Members; and (3) entering Judgment dismissing this Action with prejudice.

.

Dated: July 11, 2017

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Michele S. Carino
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

**THE ROSEN LAW FIRM P.A.**
Phillip Kim
Laurence Rosen
275 Madison Avenue, 34th floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

and

**THE ROSEN LAW FIRM P.A.**
Jacob A. Goldberg
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
jgoldberg@rosenlegal.com
ghaklay@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*