**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TAMMY TAPIA-MATOS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARSTONE, LTD., YOSEF SHIRAN, AND YAIR AVERBUCH,<br><br>Defendants. | No.: 15-CV-6726-JMF<br><br>**NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**<br><br><u>CLASS ACTION</u> |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Points and Authorities, the Declaration of Jacob A. Goldberg and Exhibit 1 thereto, all other pleadings and matters of record, and such additional evidence or argument as may be requested by the Court, Lead Plaintiffs Anthony Lanza, Ruth Lanza, Johnson Yang, Micro World Corp., and Mark Pawlitschek ("Lead Plaintiffs") will move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, before the Honorable Jesse M. Furman, U.S.D.J. of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 1105, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order approving the administrative determinations of Strategic Claim Services ("SCS"), accepting and rejecting claims submitted as recommended herein and in the Declaration of Josephine Bravata Concerning The Results of the Claims Administration Process ("Bravata Declaration"), and for distribution of Class Action Settlement Funds in accordance with the administrative determinations.

Plaintiffs have conferred with Defendants, and Defendants have stated that they take no position on the instant motion.

Dated: March 29, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Jacob A. Goldberg*
Jacob A. Goldberg
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817

Laurence M. Rosen
Phillip Kim
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060

**POMERANTZ LLP**

By: /s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman
Michele S. Carino
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Fax: (212) 661-8665